UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANCORP SERVICES, L.L.C., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:00-CV-1073 (CEJ) ) |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

**IT IS HEREBY ORDERED** that defendant's emergency motion for extension of time and to clarify the claims construction schedule [#188] is **denied as moot**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2007.